IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOWVINE R. POWERS, | No. C 08-1150 WHA (PR) |
| Petitioner, | **ORDER DISMISSING WITHOUT PREJUDICE FOR FAILURE TO EXHAUST** |
| v. | |
| ROBERT L. AYERS, Warden, | |
| Respondent. | |

Petitioner, a California state inmate, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. An application for a federal writ of habeas corpus filed by a prisoner who is in state custody pursuant to a judgment of a state court may not be granted unless the prisoner has first exhausted state judicial remedies, either by way of a direct appeal or in collateral proceedings, by presenting the highest state court available[1] with a fair opportunity to rule on the merits of each and every issue he or she seeks to raise in federal court. *See* 28 U.S.C. § 2254(b),(c); *Granberry v. Greer*, 481 U.S. 129, 133-34 (1987). Petitioner has the burden of pleading exhaustion in his habeas petition. *See Cartwright v. Cupp*,

---

[1] In California, the supreme court, intermediate courts of appeal, and superior courts all have original habeas corpus jurisdiction. *See Nino v. Galaza*, 183 F.3d 1003, 1006 n.2 (9th Cir. 1999). Although a superior court order denying habeas corpus relief is non-appealable, a state prisoner may file a new habeas corpus petition in the court of appeals. *See id.* If the court of appeals denies relief, the petitioner may seek review in the California Supreme Court by way of a petition for review, or may instead file an original habeas petition in the supreme court. *See id.* at n.3.

1  650 F.2d 1103, 1104 (9th Cir. 1981).

2  Petitioner seeks to challenge his conviction for violating a prison rule. Part of the
3  punishment imposed for violating the rule was a loss of time credits, so it may be that his claims
4  are properly brought in a habeas proceeding. He says in the petition, however, that he has not
5  filed any other petitions, applications or motions relating to this issue in any court. In addition,
6  a search of the California appellate courts' website shows that the only appellate case he had
7  was the direct appeal of his conviction. He has not exhausted.

8  The petition therefore is **DISMISSED** without prejudice. The clerk shall close the file.
9  **IT IS SO ORDERED**.

11  Dated: April __3__, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

28  G:\PRO-SE\WHA\HC.08\POWERS1150.DSM-EXH.wpd

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANTOWINE R POWERS,

        Plaintiff,

  v.

ROBERT L AYERS JR et al,

        Defendant.

Case Number: CV08-01150 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Antowvine Powers
P-66995/ D-6-118
Kern Valley State Prison
PO Box 5102
Delano, CA 93216

Dated: April 3, 2008

                      Richard W. Wieking, Clerk
                      By: D. Toland, Deputy Clerk