IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOWVINE R. POWERS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>ROBERT L. AYERS, Warden,<br><br>　　　　Respondent.<br>　　　　　　　　　　　　　　　　　／ | No. C 08-1150 WHA (PR)<br><br>**JUDGMENT** |

　　　Pursuant to the court's order entered today, a judgment of dismissal without prejudice is hereby entered. Plaintiff shall receive no relief by way of his petition.

　　　**IT IS SO ORDERED.**

Dated: April __3__, 2008.　　　　　　　　　　／s／ Wm Alsup
　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\POWERS1150.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOWINE R POWERS,<br><br>        Plaintiff,<br><br>  v.<br><br>ROBERT L AYERS JR et al,<br><br>        Defendant.<br>_____/ | Case Number: CV08-01150 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Antowvine Powers
P-66995/ D-6-118
Kern Valley State Prison
PO Box 5102
Delano, CA 93216

Dated: April 3, 2008

                                              Richard W. Wieking, Clerk
                                              By: D. Toland, Deputy Clerk