Antowine Powers, P#66995
P.O.Box 5102, K.V.S.P., D 6-118
Delano, Ca. 93216



United States District Court
For the Northern District of California

Antowine R. Powers,
  Petitioner,
v.
Robert L. Ayers, Warden,
  Respondent.

No. C08-1150 WHA (PR)

Notice of Appeal

Notice is hereby given that Antowine Powers, Petitioner-Appellant in the above named case, hereby appeal to the [District Judge] United States Court of Appeals for the Ninth Circuit from the judgment to dismiss this action, based on plaintiff's failure to comply with 42 U.S.C. §1997 e(a) by exhausting his claim prior to filing writ of habeas corpus, by Hon. William Alsup, filed in this action on April 2. 2008.

/d/ 4/13/08

/s/ A Powers
  In Pro Se

**FILED**

APR 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTOWVINE R. POWERS,

    Petitioner,

v.

ROBERT L. AYERS, Warden,

    Respondent.

No. C 08-1150 WHA (PR)

**JUDGMENT**

ENTERED IN CIVIL DOCKET 04|03|08

    Pursuant to the court's order entered today, a judgment of dismissal without prejudice is hereby entered. Plaintiff shall receive no relief by way of his petition.

    **IT IS SO ORDERED.**

Dated: April 7, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\POWERS1150.JUD.wpd



<u>United State District Court</u>
<u>for the Northern District of California</u>

<u>A. Powers</u>
Plaintiff or Petitioner

v.

<u>R.L. Ayers, Warden</u>
Defendant or Respondent

_____ /

Case Number: C 08-1150 WHA (PR)

PROOF OF SERVICE

I hereby certify that on <u>April</u>, <u>2008</u>, I served a copy of the attached <u>Notice of Appeal</u>,

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at <u>Kern Valley State Prison</u>:

(List Name and Address of Each
Defendant or Attorney Served)

U.S. District Court
Northern District of California
450 Golden Gate Avenue
S.F. CA. 94102

I declare under penalty of perjury that the foregoing is true and correct.

<u>A. Powers</u>
(Name of Person Completing Service)



Office of the Clerk,
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, Calif. 94102

A.R. Powers, P #66995
P.O. Box 5102, K.V.S.P. D-6-118
Delano, CA. 93216

