UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

April 28, 2008

**CASE INFORMATION:**
Short Case Title:  ANTOWINE R POWERS -v- ROBERT L AYERS JR
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: Northern District of California, Judge William Alsup
Criminal and/or Civil Case No.:  CV 08-01150 WHA
Date Complaint/Indictment/Petition Filed: 02/27/08
Date Appealed order/judgment *entered* 04/03/08
Date NOA *filed* 04/21/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):   ☐ granted in full (attach order)     ☐ denied in full (send record)
                           ☐ granted in part (attach order)     ☐ pending

Court Reporter(s) Name & Phone Number:

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                          Date Docket Fee Billed: 04/28/08
Date FP granted:                               Date FP denied:
Is FP pending? ☐ yes   x no                    Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes   X no
Companion Cases?  Please list: N/A

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:     Antowvine Powers              Appellee Counsel: N/A
                       P-66995/ D-6-118
                       Kern Valley State Prison
                       PO Box 5102
                       Delano, CA 93216


☐ retained   ☐ CJA   ☐ FPD   X Pro Se   ☐ Other     *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                   Address:
Custody:
Bail:


**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                    9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: Susan Imbriani
                                                    (415) 522-2061