R E C E I V E D
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

APR 3 0 2008

FILED _____
DOCKETED _____
DATE _____ INITIAL

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

General Court Number
415.522.2000

Richard W. Wieking
Clerk

April 28, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

CASE NUMBER: <u>CV 08-01150 WHA</u>

CASE TITLE: <u>ANTOWINE R POWERS-v-ROBERT L AYERS JR</u>

USCA Case Number:

Dear Sir/Madam:    08-16069

Enclosed is the Notice of Appeal, Docket Sheet, Orders and Transmittal Form in the

above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return

it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

*Susan Imbriani*

by: <u>Susan Imbriani</u>
Case Systems Administrator

cc: Counsel of Record

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 1 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| ANTOWVINE POWERS,<br><br>   Petitioner - Appellant<br><br>v.<br><br>ROBERT L. AYERS, Warden,<br><br>   Respondent - Appellee | No.  08-16069<br>D.C. No.  3:08-CV-01150-WHA<br><br><br>**TIME SCHEDULE<br>ORDER** |

The parties shall meet the following time schedule:

**Tue., June 10, 2008**     Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1;

**The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal.  9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a).  Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.**

FOR THE COURT:
Molly C. Dwyer
Clerk of Court
RT
Ruben Talavera
Deputy Clerk




**Molly C. Dwyer**
**Clerk of Court**

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

**(415) 355-8000**

May 1, 2008

| | |
|---|---|
| CA9 Docket No.: | 08-16069 |
| Agency Number: | 3:08-CV-01150-WHA |
| Short Title: | Antowvine Powers v. Robert Ayers |

Dear Counsel:

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit.

The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case. Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for designating and filing the reporter's transcript, if applicable, filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal.**

Payment of the $455.00 U.S. Court of Appeals docket fee is past due. The fee is payable to the Clerk of the District Court, Tax Court or the Bankruptcy Appellate Panel for an appeal, and to the Clerk of this court in an agency case or original proceeding.

**No papers may be filed with the court until the docket fee requirement has been satisfied. If the docket fee is not paid within ten days of the filing of the notice of appeal, dismissal proceedings will be commenced. 9th Cir. R. 42-1.**

The following information is being provided in an attempt to answer the most frequently asked questions regarding the appellate process. Please review this information very carefully. For convenience, we use the term "Circuit Rules"